# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AKANIMO AKPAN, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SZ ORLAND PARK, LLC, a Delaware limited ) <br> liability company, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No. _____ |

## DECLARATION OF CHRISTOPHER WARD

I, Christopher Ward, declare as follows:

1.  I am an attorney admitted to practice before all courts in the States of Illinois and California as well as the United States District Court for the Northern District of Illinois, am a partner at Foley & Lardner LLP ("Foley"), and serve as counsel of record for SZ Orland Park, LLC ("Sky Zone"). I have personal knowledge of the facts contained in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2.  Sky Zone informed me that it received a copy of the Complaint on July 26, 2021. I have reviewed and am familiar with the facts as alleged in the Complaint that Plaintiff filed in this Action in the Circuit Court. I am also familiar with the procedural posture of this Action. A true and correct copy of the Summons, Complaint and all other process and pleadings filed with the Circuit Court of Cook County, Illinois, where it is captioned *Akanimo Akpan v. SZ Orland Park, LLC*, Case No. 19 L 14272, are attached to the Notice of Removal as Exhibit A.

3.  Sky Zone will be filing with the Clerk of the State Court in which this action is currently pending a Notice of Filing, together with this Notice of Removal and supporting

documents, pursuant to 28 U.S.C. § 1446(d). Copies of the Notice of Filing together with this Notice of Removal are being served on Plaintiff pursuant to 28 U.S.C. § 1446(d).

4. Through discussions with Sky Zone's management with knowledge of its business structure and my own review of business and corporate records, I have learned that Sky Zone has the following limited liability corporation members:

a. SZ Orland Park, LLC is a Delaware limited liability corporation with its principal place of business in Provo, UT.

b. Sky Zone, LLC is the sole member of SZ Orland Park, LLC. Sky Zone, LLC is a Nevada limited liability corporation with its principal place of business in Los Angeles, CA.

c. CircusTrix Holdings, LLC is the sole member of Sky Zone, LLC. CircusTrix Holdings, LLC is a Delaware limited liability corporation with its principal place of business in Provo, UT.

d. Trampoline Acquisition Holdings, LLC is the sole member of CircusTrix Holdings, LLC. Trampoline Acquisition Holdings, LLC is a Delaware limited liability corporation with its principal place of business in New York, NY.

e. Trampoline Acquisition Parent Holdings, LLC is the sole member of Trampoline Acquisition Holdings, LLC. Trampoline Acquisition Parent Holdings, LLC is a Delaware limited liability corporation with its principal place of business in New York, NY. Shareholders own Trampoline Acquisition Parent Holdings, LLC.

5. Also in preparing the Notice of Removal, I, in conjunction with Sky Zone's human resources leadership, reviewed Sky Zone's documents related to the allegations in the Complaint, which illustrate that Rodriguez's current hourly rate of pay is $10.00/hour.

3

I declare under penalty of perjury under the laws of the State of Illinois and the United States that the foregoing is true and correct.

Executed on August 25, 2021 at Chicago, Illinois.

/s/ Christopher G. Ward
Christopher G. Ward

# WARD

# EXHIBIT A

**Complaint-Verified** (This form replaces CCMD-8A)

(2/25/05) CCM 1

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

FILED
12/27/2019 3:14 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L014272

Plaintiff(s): Akanimo Akpan

v.

Defendant(s): Sky Zone Corporate

No. _____

Contract 7872285

Amount Claimed $ 15,000,000

Return Date _____

FILED DATE: 12/27/2019 3:14 PM  2019L014272

## COMPLAINT

The Plaintiff(s) claim(s) as follows:

1. I was wrongful terminated on December 1st, 2019. There was a b.s. excuse of this termination. I wasn't even given a write up or suspension that was stated in what I signed once I started the job. Even after being fired/terminated !!! I was horribly watched, followed and racially profiled by the manager and two of the racist leads at the Skyzone located in Orland Park.

I, Akanimo Akpan, certify that I am the plaintiff in the above entitled action. The allegations in this complaint are true.

Atty. No.: _____  Pro Se 99500   Dated: 12-27-19

Atty. (or Pro Se Plaintiff):
Name: Akanimo Akpan
Address: 825 Hamlin Ave
City/State/Zip: Flossmoor IL 60422
Telephone: 708-473-3048

Signature: ~~Ak~~

☐ Under penalties as provided by law pursuant to 735 ILCS 5/1-1 the abovesigned certifies that the statements set forth herein are true and correct.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Copy Distribution - White: 1. ORIGINAL - COURT FILE Canary: 2. COPY Pink: 3. COPY Gold: 4. COPY

Re: Amendment Complaint to Correct
Name by Judges order:

FILED
6/22/2021 2:47 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2019L014272

13779012

FILED DATE: 6/22/2021 2:47 PM  2019L014272

This matter coming before the Judge requires The defendants name SKYZONE ~~has been~~ to be corrected and stated here in as SZ ORLAND PARK, LLC without causing misunderstanding or ambiguity.

Name: Akanimo Akpan

Address: 825 Hamlin Ave

City: Flossmoor

State: IL   Zip: 60422

Telephone: 708-473-3048

Email: akanimo9@icloud.com

FILED
7/13/2021 11:51 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2019L014272

14016026

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |

Summons - Alias Summons                                   (12/01/20) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

Akanimo Akpan
_____
Plaintiff(s)

v.

SZ Orland Park, LLC
_____
Defendant(s)

600 South Second ST, Suite 404 Springfield, IL 62704
_____
Address of Defendant(s)

Case No. 19 L 14272

Please serve as follows (check one):  ● Certified Mail  ☒ Sheriff Service  ○ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

**THERE WILL BE A FEE TO FILE YOUR APPEARANCE.**

To file your written appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE.** You will need: a computer with internet access; an email address; a completed Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp; and a credit card to pay any required fees.



**Summons - Alias Summons** (12/01/20) CCG 0001 B

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE:** Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.**

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

FILED DATE: 7/13/2021 11:51 AM  2019L014272

○ Atty. No.: _____
● Pro Se 99500
Name: Akanimo Akpan
Atty. for (if applicable): _____

Address: 825 Hamlin Ave
City: Flossmoor
State: IL  Zip: 60422
Telephone: 708-473-3048
Primary Email: akanimo9@icloud.com

Witness date _____ **IRIS Y. MARTINEZ**
CLERK OF CIRCUIT COURT

**IRIS Y. MARTINEZ** JUL
IRIS Y. MARTINEZ, Clerk

☐ Service by Certified Mail: _____

☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info: (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6441

### ALL SUBURBAN CASE TYPES
#### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info: (847) 470-7250

#### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info: (847) 818-3000

#### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info: (708) 865-6040

#### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info: (708) 974-6500

#### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info: (708) 232-4551

iimo Akpan
Hamlin Ave
smoor IL, 60422



**FIRST-CLASS PKG SVC - RTL™**

0 Lb 4.00 Oz
1027

C096

SHIP TO:
600 S 2ND ST
Springfield IL 62704-2542

**USPS TRACKING® #**

9500 1111 6797 1205 4019 76

07/24/21
1649440443-08

$4.10

**TO:**

SZ ORLAND PARK, LLC
600 South Second ST,
Suite 404 Springfield, IL
62704


9" x